IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ORLANDO DEMONTE PERKINS, ) | |
| ID # 769553 ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | No. 3:10-CV-2626-K |
| ) | |
| RICK THALER, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions ) | |
| Division, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Petitioner's Motion for Leave to the 5th Circuit Court of Appeals *in Forma Pauperis* /A Petition for a Certificate of Appealablity and Notice of Appeal/Objecting to the Findings, Conclusions and Recommendations of the Magistrate Judge, filed on February 8, 2011, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

1

Petitioner's Objections filed on February 8, 2011, are hereby **OVERRULED**.

SO ORDERED.

SIGNED this 15th day of February, 2011.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE